UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY J. MOORE
a.k.a. MAHOGANY VON SWAY-EL-EHMON,

    Plaintiff,

v.                               Case No. 3:21cv2429-LC-HTC

GEO GROUP, INC.,
  BLACKWATER RIVER CRF,
  C. MAIORANA,
  D. MCGOWAN,

    Defendants.

_____/

**<u>ORDER</u>**

The magistrate judge issued a Report and Recommendation on January 13, 2022 (ECF No. 11), recommending this case be dismissed without prejudice as malicious based on Plaintiff's failure to truthfully disclose her litigation history and for failure to follow orders of the Court. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv2429-LC-HTC

Accordingly, it is **ORDERED**:

1.      The magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3.      All pending motions are terminated.

4.      The clerk of court is directed to close this case.

**DONE AND ORDERED** this 28th day January, 2022.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**